WR-82,437-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/13/2015 10:57:11 AM
Accepted 3/13/2015 11:28:24 AM
ABEL ACOSTA
CLERK

**Cause No. WR-82,437-01**

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

-----------------------------------------------------------------------------------------------

## EX PARTE SHERRON DONDRIEL PHILLIPS

-----------------------------------------------------------------------------------------------

On Application for a Writ of *Habeas Corpus*
CAUSE NO.  CR-566-12-D(1)
FROM THE 206th DISTRICT COURT
HIDALGO COUNTY, TEXAS
The Honorable Rose Guerra Reyna, Presiding

-----------------------------------------------------------------------------------------------

## BRIEF OF THE STATE OF TEXAS[1]


-----------------------------------------------------------------------------------------------

Ricardo Rodriguez, Jr.
Criminal District Attorney
Hidalgo County, Texas

Glenn W. Devino
State Bar No. 24012525
Lead Counsel for Appellee

Office of the Criminal District Attorney
100 N. Closner Blvd.
Edinburg TX 78539
Telephone 956-318-2300 ext. 808
Facsimile 956-380-0407
glenn.devino@da.co.hidalgo.tx.us

FOR THE STATE OF TEXAS

---

[1] This Brief is filed in accordance and in compliance with the Order of the Court of December 17, 2015, directing the parties to brief certain issues as set forth in the said Order.

## IDENTIFICATION OF PARTIES AND COUNSEL

The State of Texas certifies that the following is a complete list of the parties, attorneys, and all other interested persons regarding this matter:

**1.) The Applicant is:**

Sherron Dondriel Phillips             Dominguez Unit, Texas Dept. of Criminal Justice
 TDCJ no. 1926973                         6535 Cagnon Road, San Antonio, TX 78252-2202

**2.) Applicant was represented in the trial court by:**

Toribio 'Terry' Palacios, Esq.     (deferred adjudication proceeding)
 Texas bar no. 15423050                   1805 E Russell, Edinburg, TX 78539

Michael Tuttle, Esq.                    (guilty plea proceeding)
 Texas bar no. 24037620                     PO Box 4450, Edinburg TX 78540

**3.) Applicant is represented in these *habeas* proceedings by:[2]**

Alfredo Morales, Jr. Esq.        700 S. 25 1/2 St. E., McAllen, TX 78501
 Texas bar no. 14417290

**4.) The State of Texas was represented in the trial court by:**

Ricardo Rodriguez, Criminal District Attorney in and for Hidalgo County, Texas
 100 N. Closner, 3rd floor, Edinburg TX 78539
 by his Assistant Criminal District Attorney Joaquin Zamora  Texas bar no. 24003229

**6.) The State of Texas is represented in these *habeas* proceedings by:**

Ricardo Rodriguez, Jr., Criminal District Attorney in and for Hidalgo County, Texas
 100 N. Closner, 3rd floor, Edinburg TX 78539
 by his Assistant Criminal District Attorney, Glenn W. Devino  Texas bar no. 24012525

**7.) The Board of Pardons and Paroles is represented in these habeas proceedings by:**

Joseph P. Corcoran, Ass't Att'y Gen.       PO Box 12548, Austin TX 78711
 Texas bar no. 00793549

---

[2] The instant Application was filed by Applicant *pro se*. The Court, by Order of December 14, 2017, directed the trial court to, contingent upon a finding of Applicant' indigence, appoint counsel to represent him in these *habeas* proceedings. The trial court, by Order of December 18, 2015, appointed Alfredo Morales, Jr., Esq. to represent Applicant in these *habeas* proceedings.

2

# TABLE OF CONTENTS

Title Page…………………………………………………………………………....1

Identification of Parties and Counsel……………………………………………….2

Table of Contents…………………………………………………………………...3

Index of Authorities……………………………………………………………...4

Note as to Statement of the Case, Statement of Facts, and Issues Presented…....………………………………………….……………5

Summary of Arguments……………………………………………………….........6

Note as to Oral Argument……………………………………………………….7

Argument………………………………………………………………………...8

Prayer…………………………………………………………………………….....8

Certificate of Compliance…………………………………………………….9

Certificate of Service………………………………………………………….....9

## INDEX OF AUTHORITIES

The State of Texas hereby adopts by reference the Index of Authorities set forth by the Texas Board of Pardons and Paroles in its Brief. Tex. R. App. P. 9.7

## NOTE AS TO
## STATEMENT OF THE CASE, FACTS AND ISSUES

The State of Texas not being dissatisfied with the Statement of the Case, Statement of Facts and Statement of the Issues Presented set forth by the Texas Board of Pardons and Paroles in its Brief, the State of Texas will not herein incorporate any further Statement of the Case, Statement of Facts or Statement of Issues Presented. Tex. R. App. P. 38.2(a)(1)(B). The State of Texas hereby adopts by reference the said Statements as set forth by the Texas Board of Pardons and Parole in its Brief. Tex. R. App. P. 9.7.

**SUMMARY OF ARGUMENTS**

The State of Texas hereby joins the Texas Board of Pardons and Paroles in the Summary of the Arguments set forth in its Brief. Tex. R. App. P. 9.7.

## NOTE AS TO ORAL ARGUMENT

Applicant has not requested oral argument. The State of Texas respectfully submits that oral argument in the case at bar would not serve to enlighten the Court further or illuminate the issues in that, because the facts and legal arguments are adequately presented in the briefs and record, the decisional process of the Court would not be significantly aided by oral argument.

The State of Texas reserves the right to present oral argument should the Court order oral argument.

## ARGUMENTS AND AUTHORITIES

The State of Texas hereby joins the Texas Board of Pardons and Paroles in the Argument advanced in its Brief. Tex. R. App. P. 9.7

## PRAYER

Wherefore, premises considered, the State of Texas prays the Court deny Applicant's 11.07 application and hold that such a challenge is not cognizable under either *habeas* or mandamus processes.

Respectfully submitted,

_____/s/ Glenn W. Devino_____
Glenn W. Devino
Assistant Criminal District Attorney
Hidalgo County, Texas
100 N. Closner, 4th floor
Edinburg TX 78539
Telephone 956-318-2300 ext. 808
Facsimile 956-380-0407
glenn.devino@da.co.hidalgo.tx.us
State bar no. 24012525

**Certificate of Compliance**

I hereby certify that this Brief, a computer-generated documents contains 1017 words

_____/s/ Glenn W. Devino_____

Glenn W. Devino

Assistant Criminal District Attorney

Hidalgo County, Texas

100 N. Closner, 4th floor

Edinburg TX 78539

Telephone 956-318-2300 ext. 808

Facsimile 956-380-0407

glenn.devino@da.co.hidalgo.tx.us

State bar no. 24012525

**Certificate of Service**

I hereby certify that I have sent a true and correct copy of the foregoing Brief to the following, as shown, on this the 13th day of March, 2015:

1.) Applicant, Sherron Dondriel Phillips TDCJ 1926973, through his attorney, Alfredo Morales, by facsimile to 956-381-4269
2.) The Texas Board of Pardons and Paroles, through its attorney, Assistant Attorney General Joseph P. Corcoran, by facsimile to 512-936-1280[3]

_____/s/_____Glenn W. Devino

Glenn W. Devino

Assistant Criminal District Attorney

Hidalgo County, Texas

100 N. Closner, 4th floor

Edinburg TX 78539

Telephone 956-318-2300 ext. 808

Facsimile 956-380-0407

glenn.devino@da.co.hidalgo.tx.us

State bar no. 24012525

---

[3] The State of Texas recognizes and acknowledges the mandate of Rule 9.5(b)(1), Tex. R. App. P. for service of documents by electronic mail; however, because of technical constraints, this brief cannot be served upon other parties electronically through the 'email' system of the Criminal District Attorney of Hidalgo County, Texas.

9